# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

127434

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ANTHONY JUNIOR JOHNSON,
      Defendant-Appellee.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 127434
COA: 246937
Wayne CC: 02-011051

_____/

On December 8, 2005, the Court heard oral argument on the application for leave to appeal the October 14, 2004 judgment of the Court of Appeals. On order of the Court, pursuant to MCR 7.302(G)(1), the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

*Corbin R. Davis*

Clerk

t1208